Well, um, with CJ's Lawyer, I was going to say, um, it's important to, you know, I'm very proud to be here today with your father, and I'm very honored to be here as the Chief Judge of this court, so we are meeting for the 14th of this month. Um, and since the court, this court, the reversal of this court, creates a strange notion of immaturity that's hard to determine. One of the things that the officers of this court have in common is that he works to inform the staffs of his house, and has his own sort of advice for them, that they can publish in the investigations. And the person who's always on this court is Attorney General Jimmy Thomas. He's one that deals with decision-making, but he becomes so recursive that one can scream at his meeting times in the office of the party if one can't come to any conclusion other than the one you can, and then the district court can make the determination. And in this sort of determinatory scene that we're in, there are pirates. Well, there are no secret pirates. That's, that's what I was trying to say. There are no secret pirates. Um, and it's sour. This is the text, the text, the text, the text, the text, the text, the text, the text. And you're saying that this view was, you're saying that the text and part of the, the, the main scene is very, very, very common, because it's the same reading, it's the same sentence, it's the same rule, and that's why we're going to look at the very basic steps, and that's why I wanted to put you on, uh, looking very carefully here. Okay. First of all, I don't have a summary judgment decision that says what is guilty or not guilty. I have a summary judgment decision about whether a police officer has a probable cause, which is a different standard. Police officers are not officers. They're going to be vaccinated. They can still have a probable cause. So, we're not looking at a situation where one is guilty or one isn't. We're not looking at whether you're talking who's guilty or not. We're looking at whether the police officer had reached their midway, could have had probable cause, and at this point, in this, in this situation. So, the facts that you throw at me, I was, I was very interested to hear. Just because you said, you said it, just because you said it, that doesn't make any difference about a probable cause, because we don't have a note for a definite. All we have to have is get the snippet or the probable cause. So, I'm not so worried about that. So, let's look at the statute. If I look at the snippet and you, and then I'll be interested to have you respond to that, but that seems to be where we're going. If we follow this statute in Article 200.604.1, a person shall not knowingly and intentionally capture an image of the private area without consent under the circumstances. One can be guilty of that statute without having any other statute correct. All right. So, let's look at this one. One can be guilty of that statute without doing any, you don't have to go to two. You don't have to go to any other statute. You can just concentrate on one, correct? If the image was captured in this statute, so now we're at the right standpoint. So, I have captured. To videotape, photograph, film, record by any means, or broadcast. Record by any means. It's not defined in the statute. It's not defined. So, I looked at the dictionary definition. It says record is to store on a tape or a disc so it can be heard or seen later. To produce a recording of, to be seen later. So, I said to myself, if I take a phone and I transfer the image on that phone to another phone, what does that mean? If it is to be recorded? That's what's in the statute. That is under subsection A. That's what's called broadcast. It is called, as the definition of capture. So, you're not going to store broadcast. You're going to store record first. So, that's part of the section one. So, that's very important. Can you use the plain language and censored, of course? I don't know what that is. Section one, as you've noticed, is photographing. So, I'm not talking about photographing. That's a primary sounding word. The plain language and censored implies it's been seen and Mr. Olsen did not take the photograph. So, I'm not talking about photographing. I don't want to get there. I'm talking about record by any means. We have to find that recording. I've been here, Mr. Olsen said. One person recorded and one person transcribed. Well, that's a great idea. That can be an idea. But I'm looking at the definition. The definition says to write down so it can be seen in the future, to produce a record, to show a measurement, to indicate, or to store on a tape record so it can be seen later. It doesn't seem to me to produce for a recording of. It doesn't seem to me that that doesn't mean record. That's exactly what he did. He took the record and the picture that was on one phone and he sent it to another. Your Honor, he sent it to another phone and he recorded it on another phone. So, all I'm trying to do is say we're on probable cause now, and now I'm trying to say can the officer in any way, based on this statute 1, suggest there's probable cause something happened? Absolutely not. It was on a computer. It was on this. The report is not, in terms of the subsection 1, it doesn't mention the capture of the private area of another person without the consent of the other person. Mr. Olsen did not capture. In the line defined here, the capture is defined in the statute, it appears to be the diminutive photographs that no one would record. It's a hidden record. It's a hidden record. It is a hidden record. It's a very hidden record. It's a 1.6 story location. It's a lot of data. It's a place that we just sent to you folks. They're now going outside and asking us what's going on with the scene. What's going on with the record? It's a hidden record. It's a hidden record. The person here is recording it. The person recording it is a photograph of the image. It's a selfie of the police officer, Tiffany Sauer, the testimony of Tiffany Sauer. She's holding her phone in her arms, facing to the side of her face. So the same language, subsection 1 applies to selfie. It doesn't. A couple of things. These are the excellent arguments. I'm not going to get too ridiculous on this one, but these are the excellent arguments. First, hearing, to record, editing, and a couple of things. We're on a direct appeal. It's a very important part of the state statute. But while the whole statute is now being destroyed by being a part of the state statute, it's the plain language of subsection 1 that covers this. It's under the heading of the Agencies, which to the left side of that text, 38, and the Agencies Department. Something like the team on camera who serves as the recording editor, that's the plain language of subsection 1. I'm going to spend a little bit of time on this. I'm going to give you a couple of questions based on the resource that you should want to look at. And I thought it would be very interesting to talk about the terminology that this comes up with. I thought it would be interesting to try to use it in a way that's in keeping with this whole statute. Because the gravity of being part of the state statute, you start from the point that the terms of the legislation that's in there, we have this narrative in the law that appears to cover people who record the criteria of subcommittees. It doesn't appear to cover this whole point. So if we spoke about recruitment officers, we spoke about subsections of the officer. It doesn't allow you to see those condoms last year. So if you guys can stretch the statute, it doesn't extend these condoms to punish somebody for a condom that's not legal. Okay. The next thing is to try to interpret it as it relates to all the words in the statute. But we got a lot of words in this statute. We got words that talk about different things. But not all of them. One is videotape. One is photograph. One is film. One is record by any means. Or broadcast. So we're not in. We're or. So I can make one word in one statute, and I can either go to broadcast, or I can go to film, or I can go to photograph, or I can go to record. That's the key meaning. So I'm trying to interpret the key meaning, and I'm saying I'm trying to record. And I have no other things. So the normal thing for any court to do is say, we'll take the key meaning, the ordinary meaning, known by the people. And sharing. That's why we're going to do it. We're going to talk about subsection 1. It doesn't apply to a third party, including the individual. It's a person's self-employed language exception. It only applies to a third party. It doesn't, absolutely, it does not apply to self-employed language. It's a surprise. A person shall not know the individual except through the individual's private area. Another person who has received a registered job is a person who has a certain degree of loss in the individual's registration. Well, maybe that has to be in the privilege of the officer. The interpretation of the statute includes being reasonable, and it's not unreasonable for the employee. It is reasonable. There's one reason I'm going to point to the Rosenwald trial case. It's not an abandoned case. Although it's been constructed in quite a way to demonstrate that the reason why it's one thing is that in that case, they arrested somebody who was submitting self-intentions. So self-intentions are the arrestings, which I determine are due to charge measure and an intensity of fraud. I'm assuming I'm not off that. I'm assuming it's reasonable. And in the case, there's no follow-up on sexually harassed individuals. In this situation, I'll certainly disagree with that, but it's not important. It's not a statute that prohibits behavior that would involve sexual harassment. So the arrest for violation or the arrest for sexual harassment is not a law. There is an actual case, a crime case, which I've read. It raises, we found that people constitute the arresting reasons by being accused of sexual harassment in another way. It was reversed. It just didn't. The officer is in no response to being arrested for conduct. It's a binary section. And I really want to touch upon some of the recent cases. Obviously, I'm not reporting this, but I have some busy questions, so I'll get to you. I have a question for all of you. This is a specific case. It has two charges. It has two charges. There are four. One is court-run. One of them is reasonable. Also, it's court-run. It cancels if you have additional priors in this situation prior to the conviction. They want to fix the fraud case in plain language. Essentially, plain language requires that it be reviewed by any person who has committed the crime. And when a person under the name of the victim of a fraud case is looking to be removed, what can you do in regards to that? Well, it is referred to in Section 1, Section 2, Section 1, Section 2. In Section 2, only are the offenders punished on subsection 1. At that time, subsection 1 does not apply to somebody who served as a beneficiary of another person. So, in subsection 2, it does change from the broadcast to just the case that goes in. Essentially, only the beneficiary comes in violation of subsection 1. So then, the broadcaster or your interviewee will often do something that requires the deletion of broadcast priors intended to be reviewed by any other person under the allegation being removed in regards to any person under the name of the victim. Any other person who is not in the broadcast does not seem like this broadcast means to have a subpoena in respect of the interviewee's behavior by any other person who can hear this allegation being removed in regards to the interviewee by any other person who is interested in the broadcast being presented out there can be viewed by you instead of being viewed by somebody else. As the compliance of the officer felt that that was exactly what was going on and based on what he saw and realized or told by your client to him that that's exactly what the guy was going to do. He was going to broadcast it to his friends. What's your constituents fault? There's absolutely no interest in the fact that the district court's purpose is to outline the ability to do these things. The principle of the district court is to allow the jury to do what they want to do and to allow the jury to do what they want to do and to allow the jury to do what they want to do and allow the jury to                                                                  do what they want to do. Thank
judges: Bybee, N.R. Smith, Hellerstein